## (B.) PETITIONS DENIED.

No. 442. Pennsylvania Railroad Company *v.* Alice Frances Brown et al. October 21, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles E. Hughes, Mr. Francis I. Gowen, Mr. Frederic D. McKenney* and *Mr. John Hampton Barnes* for petitioner. *Mr. William A. Glasgow, Jr.,* and *Mr. T. R. White* for respondents.

---

No. 454. Hubbard-Zemurray Steamship Company *v.* Aktieselskabet Stavangeren. October 21, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Thomas J. Freeman* for petitioner. No appearance for respondent.

---

Nos. 459, 460. Columbia-Knickerbocker Trust Company *v.* Edwin Hale Abbot;

Nos. 461, 462. Same *v.* Preston B. Keith;

Nos. 463, 464. Same *v.* John S. Ames;

No. 465. Same *v.* Maria A. Evans, Executrix;

Nos. 466, 467. Same *v.* George E. Keith;

Nos. 468, 469. Same *v.* Mary O. Cordingly; and

Nos. 470, 471. Same *v.* F. Lothrop Ames. October 21, 1918. Petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Robert M. Morse, Mr. Julien T. Davies* and *Mr. John R. Lazenby* for petitioner. *Mr. Moorfield Storey, Mr. Robert G. Dodge* and *Mr. Edwin H. Abbot, Jr.,* for respondents.

---

No. 477. Stanley Polluck *v.* Minneapolis & St. Louis Railroad Company. October 21, 1918. Petition